UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEORGE JENNINGS and CATHERINE JENNINGS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No.  1:11-cv-328 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § § | |
| Defendant. | § | |

# NOTICE OF SETTLEMENT

"NOW COMES the Plaintiffs, GEORGE JENNINGS and CATHERINE JENNINGS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipate will be completed within the next 30 days."

Plaintiffs therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: August 19, 2011                    RESPECTFULLY SUBMITTED,

By:/s/Michael Agruss,
Michael Agruss Esq.
Attorney for Plaintiffs
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Floor
Chicago, Illinois 60602
magruss@consumerlawcenter.com
Phone: (323) 988-2400  x 235
Fax: (866) 799-3206

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Adrienne Rowberry
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502
Ph: (757) 481-8371
Fax: (757) 321-2518
E-mail: arowberry@portfoliorecovery.com

/s/Michael Agruss,
Michael Agruss Esq.
Attorney for Plaintiffs
