UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEORGE JENNINGS and CATHERINE JENNINGS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:11-cv-328 SS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § § | |
| Defendant. | § | |

### [PROPOSED] ORDER OF DISMISSAL

Based upon Plaintiffs' Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: Sept. 30, 2011

_____
The Honorable Judge
United States District Judge

[PROPOSED] ORDER

1